Cite as 2016 Ark. 475


# SUPREME COURT OF ARKANSAS

**Opinion Delivered** December 22, 2016

IN RE ARKANSAS
SUPREME COURT
COMMITTEE ON CIVIL
PRACTICE

## PER CURIAM

H. David Blair, Esq., of Batesville is appointed to the Committee on Civil Practice, and he is designated the Chair of the committee. His term expires on July 31, 2019. The court thanks Mr. Blair for accepting this appointment.

Mr. Blair succeeds Honorable Henry Wilkinson, Retired Circuit Judge, whose term has expired. Judge Wilkinson has provided valuable leadership to the committee for many years, for which the court is greatly indebted and expresses its gratitude for a job well done.